1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6840
7       FAX: (415) 436-7123
        Email: kevin.barry@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )   NO. CR 12-0061 EMC
14                                   )
        Plaintiff,                   )
15                                   )
      v                              )   **STIPULATION AND [PRO~~POS~~ED] ORDER**
16                                   )   **CHANGING HEARING DATE**
   VERONICA ELLIOT,                  )
17 JOHN KELLER, and                  )
   FRED FINNEY                       )
18                                   )
        Defendants.                  )
19 _____    )

20

21          The Court has set ~~March~~ Feb. 5, 2014, at 2:30 p.m. as the date for a status conference or change of

22 plea. To give defendants time to consider plea offers, the parties respectfully request that the Court

23 change the hearing date to ~~Febr~~March 5, 2014, when the other co-defendants.

24         The parties also request the parties also request that the Court exclude the period from the date of

25 this Order through March 5, 2014, from the time limits of 18 U.S.C. § 3161 for the purposes of effective

26 preparation of counsel and continuity of counsel. The parties agree that the ends of justice served by

27 granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy

28
   STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
   CR 12-0061 EMC                              1

1 trial. 18 U.S.C. § 3161(h)(7)(A).

2

3     SO STIPULATED:

4                                                       MELINDA HAAG

5                                                       United States Attorney

6 DATED: February 3, 2014                       _____/s/_____
7                                                       KEVIN J. BARRY
                                                        Assistant United States Attorney

8

9 DATED: February 3, 2014                       _____/s/_____
                                                      ANTHONY TAMURELLO
10                                                        Attorney for VERONICA ELLIOT

11

12 DATED: February 3, 2014                       _____/s/_____
                                                      ALAN DRESSLER
13                                                        Attorney for JOHN KELLER

14

15 DATED: February 3, 2014                       _____/s/_____
                                                      ERIK BABCOCK
16                                                        Attorney for FRED FINNEY

17

18 Attestation of Filer

19     In addition to myself, the other signatorie to this document are <u>Alan Dressler, Anthony

20 Tamburello, and Erik Babcock</u>.  I attest that I have their permission to enter conformed signatures on

21 their behalf and to file the document.

22

23 DATED: February 3, 2014                       _____/s/_____
                                                      KEVIN J. BARRY
24                                                        Assistant United States Attorney

25 **[PR~~OPO~~SED] ORDER**

26     For the reasons stated above, the Court changes the status hearing or change of plea from
    Feb. 5
27 ~~January 22~~, 2014 to March 5, 2014.  The Court also excludes the period from the date of this Order

28

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 12-0061 EMC                                         2

1 through March 5, 2014 from the time limits of 18 U.S.C. § 3161 for the purposes of effective preparation
2 of counsel and continuity of counsel.  The ends of justice served by granting such an exclusion of time
3 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
4           IT IS SO ORDERED.

6 DATED:      2/3/14                                          _____
                                                              HON. EDWARD M. CHEN
                                                              United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*